# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In re:                                      )     Case No. 6:11-bk-2347-ABB
                                            )
EURO SPORTS, LLC                            )     Chapter 11
                                            )
    Debtor.                               )
_____)

## APPLICATION TO RETAIN COUNSEL FOR DEBTOR-IN-POSSESSION

The Debtor, EURO SPORTS, LLC, as debtor-in-possession, hereby files this Application to Retain Counsel, and respectfully represents the following:

1. The applicant has filed a petition for relief under Chapter 11 of the Bankruptcy Code. No trustee having been appointed, the debtor remains as debtor-in-possession.

2. The applicant desires to employ Aldo G. Bartolone, Jr. and the law firm of Bartolone & Batista, LLP, 948 S. Semoran Boulevard, Suite 102, Orlando, Florida 32807, as its counsel.

3. This law firm has been selected for the reason that the firm as experience in matters of this nature and the applicant believes that it counsel is well-qualified to represent the debtor-in-possession.

4. The professional services the firm is to render include:

    (a) prosecute and defend any causes of action on behalf of the debtor-in-possession; prepare, on behalf of the debtor-in-possession all necessary applications, motions, reports and other legal papers;

    (b) assist in the formulation of a plan of reorganization and preparation of disclosure statement;

    (c) provide all other services of a legal nature.

5. Because of the extensive nature of the services to be rendered, the debtor-in-possession desire to retain the firm under a general retainer.

1

6. To the best of the debtor's knowledge, the firm neither holds nor represents any interest adverse to the estate. The attorney is not a creditor of this estate.

7. The applicant believes that the employment of the firm would be in the best interests of the estate.

WHEREFORE, the Applicant/Debtor, EURO SPORTS, LLC, respectfully requests this Honorable Court to authorize the employment of Aldo G. Bartolone, Jr. and the law firm of Bartolone & Batista, LLP as attorneys for the debtor-in-possession.

Dated: 2-25-11

Arthur J. DeBaise, M.D., Managing Member
Euro Sports, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing application was served via U.S. Mail to Euro Sports, LLC, 320 Edinburgh Drive, Suite A, Winter Park, Florida 32792; all parties on the attached mailing matrix; and the United States Trustee, 135 W. Central Boulevard, Suite 620, Orlando, Florida 32801, this 24 day of February, 2011.

**ALDO G. BARTOLONE, JR.**
Florida Bar No. 173134
**BARTOLONE & BATISTA, LLP**
948 S. Semoran Blvd., Suite 102
Orlando, Florida 32807
Telephone: (407) 251-9476
Facsimile: (407) 306-9393
E-mail: agb@bartolonelaw.com
*Attorneys for Euro Sports, LLC*

# EXHIBIT "A"

Bartolone & Batista, LLP

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 6:11-bk-2347-ABB |
| | ) | |
| EURO SPORTS, LLC | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## VERIFIED STATEMENT PURSUANT TO RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE IN SUPPORT OF APPLICATION OF EURO SPORTS, LLC TO EMPLOY ALDO G. BARTOLONE, JR. AND THE LAW FIRM OF BARTOLONE & BATISTA, LLP, AS COUNSEL FOR THE DEBTOR
### *NUNC PRO TUNC TO FEBRUARY 23, 2011*

I, Aldo G. Bartolone, Jr., in accordance with F.R.B.P. 2014, make the following verified statements:

1. I am a Partner with the law firm of Bartolone & Batista, LLP ("B&B"), and have been duly admitted to practice in this Court.

2. Except as stated below, B&B and its individual attorneys do not represent any creditors as to this case, nor does B&B represent any equity security holders, affiliates, or insiders of the Debtors, or any individual interests of any officer, director, or shareholder of the Debtor.

3. B&B represents Arthur J. DeBaise, M.D., Managing Member of the Debtor, and Arthur J. DeBaise, M.D., P.A., his medical practice, in the two underlying foreclosure actions in connection with the personal guarantees they executed on both of the loans at issue in the state court litigation matters.

4. Neither Arthur J. DeBaise, M.D. nor Arthur J. DeBaise, M.D., P.A. are creditors of the debtor, Euro Sports, LLC.

5. B&B does not believe that its representation of Arthur J. DeBaise, M.D. or Arthur J. DeBaise, M.D., P.A. creates a conflict in this matter or in any way impairs disinterestedness or its ability to represent the Debtor in this case.

1

6. B&B was retained by the Debtor for advice related to work outs and insolvency matters on or about November 2010, and has been kept current on its bills and has not received any preferential payments as defined in 11 U.S.C. § 547. B&B has represented the Debtor since November 2010.

7. B&B is not a creditor of the Debtor.

8. Except as disclosed herein, the undersigned is not aware of any conflict or potential conflict relating to the employment of B&B as counsel for the Debtors-In-Possession in this case, does not hold any interest adverse to the Debtor's estate, and believes it is a "disinterested person" as defined within 11 U.S.C. § 101(14).

9. B&B has no connection with the U.S. Trustee's Office or any person employed at the U.S. Trustee's Office.

10. The factual statements set forth in this verified statement have been made based on (1) a personal review by me and my staff of the list of creditors of the Debtor, (2) a computer search of B&B's client list, and (3) a memorandum circulated to B&B attorneys and staff regarding this representation to ensure no conflicts exist. These efforts did not reveal any conflicts.

I verify, under penalty of perjury, that the foregoing is true and correct.

DATED and executed this 24th day of February, 2011.

ALDO G. BARTOLONE, JR.
Florida Bar No. 173134
BARTOLONE & BATISTA, LLP
948 S. Semoran Blvd., Suite 102
Orlando, Florida 32807
Telephone: (407) 251-9476
Facsimile: (407) 306-9393
E-mail: agb@bartolonelaw.com
*Attorneys for Euro Sports, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 24, 2011, a true and correct copy of the VERIFIED STATEMENT PURSUANT TO RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE IN SUPPORT OF APPLICATION TO EMPLOY ALDO G. BARTOLONE, JR. AND THE LAW FIRM OF BARTOLONE & BATISTA, LLP, AS COUNSEL FOR THE DEBTOR, NUNC PRO TUNC TO FEBRUARY 23, 2011, together with all exhibits, has been furnished via the Court's CM/ECF System to all parties requesting such notice and/or U.S. First Class Postage Prepaid mail to the following: Euro Sports, LLC, 320 Edinburgh Drive, Suite A, Winter Park, Florida 32792; Office of the United States Trustee, 135 W. Central Boulevard, Suite 620, Orlando, Florida 32801; and the Local Rule 1007-2 Parties in Interest on the matrix attached hereto and filed with the Court.

Aldo G. Bartolone, Jr., Esq.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:11-bk-02347-ABB<br>Middle District of Florida<br>Orlando<br>Thu Feb 24 11:04:24 EST 2011 | Euro Sports, LLC<br>320 Edinburgh Drive.<br>Suite A<br>Winter Park, FL 32792-4157 | United States Bankruptcy Court<br>135 West Central Boulevard Suite 950<br>Orlando, FL 32801-2443 |
| Bank of the West<br>P.O. Box 2830<br>Omaha, NE 68103-2830 | City of Winter Park<br>401 Park Avenue South<br>Winter Park, FL 32789-4386 | David E. Peterson<br>Lowndes, Drosdick, Doster, Kantor & Reed<br>215 N. Eola Drive<br>Orlando, FL 32801-2095 |
| Earl K. Wood<br>Orange County Tax Collector<br>P.O. Box 2551<br>Orlando, FL 32802-2551 | Florida Business Development Corporation<br>6801 Lake Worth Rd.<br>Suite 209<br>Lake Worth, FL 33467-2966 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| Gallery Office Center, Inc.<br>2487 Aloma Avenue<br>Suite 101<br>Winter Park, FL 32792-2542 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Jennifer A. Smith<br>The Rosenthal Law Firm, PA<br>4798 New Broad Street<br>Suite 310<br>Orlando, FL 32814-6436 |
| Lisa S. Still<br>U.S. Small Business Administration<br>7825 Baymeadows Way<br>Suite 100-B<br>Jacksonville, FL 32256-7543 | Orange County Tax Collector<br>Attn: Earl K. Wood<br>Post Office Box 2551<br>Orlando FL 32802-2551 | Robert L. Taylor<br>Taylor & Carls, PA<br>150 N. Westmonte Drive<br>Altamonte Springs, FL 32714-3342 |
| Susan Roark Waldron<br>Assistant United States Attorney<br>400 N. Tampa Street<br>Suite 3200<br>Tampa, FL 33602-4774 | United States Trustee - ORL<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801-2440 | United States of America<br>Small Business Administration<br>400 N. Tampa Street<br>Suite 3200<br>Tampa, FL 33602-4798 |
| (p)ZIONS FIRST NATIONAL BANK<br>LEGAL SERVICES UT ZB11 0877<br>P O BOX 30709<br>SALT LAKE CITY UT 84130-0709 | Aldo G Bartolone Jr<br>Bartolone & Batista, LLP<br>948 S. Semoran Blvd<br>Suite 102<br>Orlando, FL 32807-3001 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Zions First National Bank<br>#1 South Main Street<br>Salt Lake City, UT 84111 | End of Label Matrix<br>Mailable recipients   19<br>Bypassed recipients    0<br>Total                 19 |